RECEIVED
FILED
JUL 05 2017
JUL 05 2017
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

To: Chapter Thirteen Middle District Court of Alabama

I Kennedy Gregory located at 8122 Greenville Hwy Luverne, Al. 36049 Case number 14-324831. I regrettably write this letter to the Middle District Court (Chapter Thirteen) Montgomery, Al. 36101 to request an emergency hearing to address my grievances of misrepresentation by my Lawyer Brandon Sellers. I have had numerous experiences where I have called his office and I am unable to speak with him personally, the receptionist is very rude and I have been told the same thing in regards to getting back with me. It deems that he is never available and he never returns my calls after multiple attempts to communicate with him about my case. I've called every day of the week at different times but the results are still the same. I feel as though he did not represent my best interest and have not been available for a simple phone call. Therefore, I am asking for an Emergency Hearing for the opportunity to speak and explain my reasoning for asking for my attorney Brandon Sellers to be released from my case. I would like to be able to search for an attorney that will represent my case in my best interest and be available for consultation when needed. Done on this day June 23, 2017.

Respectfully Yours,

Kennedy Gregory

Case Number 14-32483

OFFICE OF THE CHAPTER 13 TRUSTEE
MONTGOMERY, ALABAMA
JUN 26 2017
MIDDLE DISTRICT OF ALABAMA

CHAPTER THIRTEEN TRUSTEE
FOR THE MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, ALABAMA 36101-0173
PHONE: (334) 262-8371
FAX: (334) 264-6127
WWW.CH13MDAL.COM

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

July 5, 2017

**_VIA HAND DELIVERY_**

The Honorable J.C. Guerrero
Clerk of Court
United States Bankruptcy Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104

    RE: Kennedy E. Gregory, Chapter 13 Case #14-32483

Dear Mr. Guerrero:

    We received the attached letter from the debtor referenced above requesting a "hearing". I thought this would be more appropriate to send to the Court. Please do not hesitate to call if you have any questions.

                        Very cordially yours,

                        Sabrina L. McKinney
                        Chapter 13 Standing Trustee

SLM/slr
Enclosure