## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 14-32483-DHW
                                                        Chapter 13

KENNEDY E. GREGORY,

   Debtor.

## ORDER GRANTING DEBTOR'S MOTION

Debtor filed a motion (Doc. # 40) requesting approval to obtain a new attorney. The matter came on for hearing on July 24, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED. C. Brandon Sellers no longer represents the debtor and debtor may obtain new counsel. It is further

ORDERED that C. Brandon Sellers is to refund $1,000 of the attorney fee to the trustee's account so that those funds may be used to pay the replacement attorney.

Done this 25th day of July, 2017.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy
Judge

c:   Debtor
     C. Brandon Sellers
     Sabrina L. McKinney, Trustee